UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br><br>CHARLES H. TADLOCK and<br>MARY E. TADLOCK,<br><br><br>Debtors-in-Possession. | BK-S-15-13135-ABL |
| PATRIOT READING ASSOCIATES, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>CHARLES H. TADLOCK and<br>MARY E. TADLOCK,<br><br>Defendant(s). | Case No. 2:17-CV-2096 JCM<br><br>ORDER |

Presently before the court is a bankruptcy appeal between appellant Patriot Reading Associates, LLC and appellees Charles H. Tadlock, Mary E. Tadlock, and the trustee, "US Trustee." (ECF No. 1).

On June 22, 2018, the court denied appellees' motion to dismiss. (ECF No. 23). By then, the time to respond to appellant's opening brief had passed and appellees did not request any modification in the schedule to permit them to adequately litigate this appeal. The court recognizes a strong interest in favor of hearing from both parties and, therefore, will provide appellees with fourteen (14) days from the date of this order to file their answering brief. Thereafter, appellant will have fourteen (14) days to file a reply.

. . .

. . .

1    IT IS SO ORDERED.

2    DATED September 20, 2018.

3                                          _____
                                           UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**
                                          - 2 -